SEALED

BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

FILED

MAY 16 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ALL FUNDS MAINTAINED AT JP MORGAN CHASE BANK BUSINESS CHECKING ACCOUNT NUMBER 112992330, HELD IN THE NAME OF BENJAMIN B. ROZENBERG, DBA: MIDNITE EVENTS, IN AN AMOUNT UP TO AND INCLUDING $87,575,

ALL FUNDS MAINTAINED AT JP MORGAN CHASE BANK BUSINESS SAVINGS ACCOUNT NUMBER 2906193650, HELD IN THE NAME OF BENJAMIN B. ROZENBERG, DBA: MIDNITE EVENTS, IN AN AMOUNT UP TO AND INCLUDING $8,033,

ALL FUNDS MAINTAINED AT JP MORGAN CHASE BANK PERSONAL CHECKING ACCOUNT NUMBER 112992030, HELD IN THE NAME OF BENJAMIN B. ROZENBERG, IN AN AMOUNT UP TO AND INCLUDING $57,950, AND

ALL FUNDS MAINTAINED AT JP MORGAN CHASE BANK PERSONAL SAVINGS ACCOUNT NUMBER 2906027380, HELD IN THE NAME OF BENJAMIN B. ROZENBERG, IN AN AMOUNT UP TO AND INCLUDING $11,433,

    DEFENDANTS.

2:13-SW-0336 - CKD

ORDER RE: REQUEST TO SEAL DOCUMENTS

1

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the seizure warrants and seizure warrant affidavit underlying the seizure warrants in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the seizure warrants will be left at the scene of the seizures and with the account holder.

Date: 5/16, 2013

CAROLYN K. DELANEY
United States Magistrate Judge

2

Order Re: Request to Seal Documents