BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

FILED
NOV 0 1 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-SW-0333-CKD |
| Plaintiff, | 2:13-SW-0334-CKD |
| | 2:13-SW-0335-CKD |
| v. | 2:13-SW-0336-CKD |
| ALL FUNDS MAINTAINED AT JP MORGAN CHASE BANK BUSINESS CHECKING ACCOUNT NUMBER 112992330, HELD IN THE NAME OF BENJAMIN B. ROZENBERG, DBA: MIDNITE EVENTS, IN AN AMOUNT UP TO AND INCLUDING $87,575, | ORDER RE: REQUEST TO UNSEAL DOCUMENTS |
| ALL FUNDS MAINTAINED AT JP MORGAN CHASE BANK BUSINESS SAVINGS ACCOUNT NUMBER 2906193650, HELD IN THE NAME OF BENJAMIN B. ROZENBERG, DBA: MIDNITE EVENTS, IN AN AMOUNT UP TO AND INCLUDING $8,033, | |
| ALL FUNDS MAINTAINED AT JP MORGAN CHASE BANK PERSONAL CHECKING ACCOUNT NUMBER 112992030, HELD IN THE NAME OF BENJAMIN B. ROZENBERG, IN AN AMOUNT UP TO AND INCLUDING $57,950, AND | |
| ALL FUNDS MAINTAINED AT JP MORGAN CHASE BANK PERSONAL SAVINGS ACCOUNT NUMBER 2906027380, HELD IN THE NAME OF BENJAMIN B. ROZENBERG, IN AN AMOUNT UP TO AND INCLUDING $11,433, | |
| DEFENDANTS. | |

1

1  Upon application of the United States of America and good cause having been
2  shown, IT IS HEREBY ORDERED that the seizure warrants and seizure warrant
3  affidavit in the above captioned proceeding be and are hereby unsealed.
4  Date: 11/1/13

    _____
    DALE A. DROZD
    United States Magistrate Judge

Order Re: Request to Unseal Documents